ADG:JPK
F. #2026R00398

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

AMMAR OMAR,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
*JUNE 8, 2026*
BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. __26-cr-163_____
(T. 18, U.S.C., §§ 875(d), 981(a)(1)(C)
and 3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2641(c))

Judge Hector Gonzalez
Magistrate Judge Seth D. Eichenholtz

THE GRAND JURY CHARGES:

### TRANSMISSION OF THREATS WITH INTENT TO EXTORT

1.      On or about May 22, 2026, within the Eastern District of New York and elsewhere, the defendant AMMAR OMAR did knowingly and willfully transmit in interstate commerce one or more communications containing one or more threats to injure the reputation of Jane Doe #1, an individual whose identity is known to the Grand Jury, with the intent to extort a thing of value from Jane Doe #1.

(Title 18, United States Code, Sections 875(d) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

2.      The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

2

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided

without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

/s/

_____
FOREPERSON

By *David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK